# United States District Court
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL D WHALEY | § § | |
| v. | § § | CIVIL ACTION NO. 3:24-CV-2641-S-BK |
| E AND E AUTO SALES, et al. | § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and **GRANTS** Defendant United Automobile Insurance Company's Motion to Dismiss [ECF No. 19]. By separate judgment, the plaintiff's claims against the defendants will be dismissed without prejudice for lack of subject-matter jurisdiction.

**SO ORDERED.**

SIGNED December 15, 2025.

_____
**UNITED STATES DISTRICT JUDGE**